**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CLINTON JONES

V.     NO. 3:06CV00212 GTE

SAM SARDELL, ET AL

## **O R D E R**

The Complaint in this matter was filed on November 22, 2006. More than 120 days have passed since the filing of this case and no proof of service has been filed.

IT IS THEREFORE ORDERED that plaintiff shall have up to and including April 16, 2007, to obtain service on the Defendants and file proof of service with the Clerk of Court. If Plaintiff fails to comply with this Order, the Court will dismiss this matter without prejudice for failure to prosecute.

Dated this 27th day of March, 2007.

                                                   /s/ Garnett Thomas Eisele
                                               UNITED STATES DISTRICT JUDGE