# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CLINTON JONES

V.                          NO. 3:06CV00212 GTE

SAM SARDELL, ET AL

**O R D E R**

The Complaint in this matter was filed on November 22, 2006. More than 120 days have passed since the filing of this case and no proof of service has been filed. On March 27, 2007, the Court entered an Order giving plaintiff until April 16, 2007, to obtain service on the Defendants and file proof of service with the Clerk. Plaintiff has not contacted the Court, therefore this case should be dismissed without prejudice for lack of prosecution.

IT IS THEREFORE ORDERED AND ADJUDGED that this cause, be and it hereby is, dismissed without prejudice for failure to prosecute this action.

Dated this 23rd day of April, 2007.

　　　　　　　　　　　　　　　　　　　/s/ Garnett Thomas Eisele
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE